ELLEN F. ROSENBLUM
Attorney General
SARAH WESTON  #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sarah.Weston@doj.state.or.us
            Darsee.Staley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; NATIVE FISH SOCIETY, <br><br>            Plaintiffs, <br><br>       v. <br><br> PETER DAUGHERTY, in his official capacity as Oregon State Forester; KATHERINE SKINNER, in her official capacity as District Forester for the Tillamook District; MICHAEL CAFFERATA, in his official capacity as District Forester for the Forest Grove District; DANIEL GOODY, in his official capacity as District Forester for the Astoria District, <br><br>            Defendants. | Case No.  6:18-cv-1035-JR <br><br> MOTION TO EXTEND THE TIME TO APPEAR <br><br> (UNOPPOSED) |

Page 1 -    MOTION TO EXTEND THE TIME TO APPEAR
       9025277

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

### Certificate of Compliance with Local Rule 7-1

Counsel for the parties conferred and plaintiffs do not oppose this request for an extension of time.

### Motion for Extension of Time

All defendants respectfully move for an order extending the time in which to file their first appearance **until August 24, 2018**.

This motion is supported by the following memorandum and by affidavit of Darsee Staley, Senior Assistant Attorney General filed concurrently.

### Memorandum

This extension is requested in order to allow additional time for defendants' counsel to evaluate the claims and defenses in light of (1) time constraints arising due to the undersigned counsel's recent vacation, (2) the anticipated return of lead counsel Assistant Attorney General Sarah K. Weston, following leave, (3) scheduling issues arising due to summer vacations among counsel and clients and (4) the potential need to confer regarding pleading motions.

This is the first extension defendants have requested in this case.

DATED July  2 , 2018.

              Respectfully submitted,

              ELLEN F. ROSENBLUM
              Attorney General


              *s/ Darsee Staley*
              SARAH WESTON #085083
              Assistant Attorney General
              DARSEE STALEY #873511
              Senior Assistant Attorney General
              Trial Attorney
              Tel (971) 673-1880
              Fax (971) 673-5000
              Sarah.Weston@doj.state.or.us
              Darsee.Staley@doj.state.or.us
              Of Attorneys for Defendants

Page 2 -   MOTION TO EXTEND THE TIME TO APPEAR
    9025277

          Department of Justice
          100 SW Market Street
          Portland, OR 97201
         (971) 673-1880 / Fax: (971) 673-5000

# CERTIFICATE OF SERVICE

I certify that on July  2 , 2018, I served the foregoing MOTION TO EXTEND THE TIME TO APPEAR upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Oliver J. Stiefel<br>Crag Law Center<br>917 SW Oak St., Ste. 417<br>Portland, OR 97205<br>    *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |
| Christopher G. Winter<br>Crag Law Center<br>917 SW Oak St., Ste. 417<br>Portland, OR 97205<br>    *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society,* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |
| Amy R. Atwood<br>Center for Biological Diversity<br>PO Box 11374<br>Portland, OR 97211<br>    *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |

Page 1 -    CERTIFICATE OF SERVICE
    SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Nicholas Stanton Cady | ___ HAND DELIVERY |
| Cascadia Wildlands | ___ MAIL DELIVERY |
| PO Box 10455 | ___ OVERNIGHT MAIL |
| Eugene, OR 97440 | _X_ E-SERVE |
| *Of Attorneys for Plaintiff Cascadia Wildlands* | |

                                                *s/ Darsee Staley*
                                       SARAH WESTON #085083
                                       Assistant Attorney General
                                       DARSEE STALEY #873511
                                       Senior Assistant Attorney General
                                       Trial Attorney
                                       Tel (971) 673-1880
                                       Fax (971) 673-5000
                                       Sarah.Weston@doj.state.or.us
                                       Darsee.Staley@doj.state.or.us
                                       Of Attorneys for Defendants

Page 2 -   CERTIFICATE OF SERVICE
       SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000